1:23 MJ 4101

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Marc Kudley, DO HEREBY DEPOSE AND SAY:

### Introduction and Affiant Background

1.      As a United States Postal Inspector, I am an investigative law enforcement officer of the United States of America within the meaning of Title 18, United States Code, Section 2510(7). I am empowered by law to conduct investigations of, and to make arrests for, offenses related to the United States Postal Service (USPS) and the mails, as authorized by Title 18, United States Code, Section 3061.

2.      I have been employed by the U.S. Postal Inspection Service (USPIS) for approximately 10 ½ years and have been assigned to the Cleveland, Ohio Field Office for each of those years. During this time, I have been assigned to the Contraband Interdiction and Investigations team, which investigates the mailing of illegal drugs and their proceeds. I have been the case agent in multiple investigations leading to convictions in both U.S. District Court and state courts.

3.      This affidavit is in support of a criminal complaint against Rico Deshaun MAULDIN (hereinafter "MAULDIN").

4.      Because this affidavit is submitted for the limited purpose of supporting a criminal complaint and arrest warrant, I have not included each and every fact known concerning this investigation. I have set forth only the facts I believe necessary to establish probable cause that MAULDIN has committed violation of Title 21, United States Code, Sections 841(a)(1), and 846, Conspiracy to distribute and possess with the intent distribute a controlled substance (Methamphetamine, a Schedule II Controlled

1

Substance).

## **Probable Cause**

5.     I know based on training and experience that U.S. Mail is often used by narcotic traffickers to transport controlled substances, proceeds derived from the sale of controlled substances, and other contraband such as firearms. I know from my training and experience that the USPS Priority Mail Express system is commonly used to transport controlled substances, proceeds derived from the sale of controlled substances, and other contraband because Priority Mail Express provides traceability, reliability, and timely delivery. The guaranteed delivery timeframe of approximately one day (overnight) for Priority Mail Express places time pressures on law enforcement agents to identify, search, and deliver these drug parcels in a timely manner.

*Seized Parcel 1*

6.     On May 5, 2022, while conducting parcel interdiction at the USPS Processing & Distribution Center in Cleveland, Ohio, I identified USPS Priority Mail Express parcel bearing label EI166292324US, addressed to Rachael Hall, 4864 E. 84th St., Garfield Heights, OH 44125, with a return address of Stuart M. Call, 1825 W. Emelita Ave., Mesa, AZ 85202 (hereinafter "Seized Parcel 1").

7.     Seized Parcel 1 is described as a brown medium sized Home Depot box measuring approximately 20.5" X 16.5" X 15.5" in size and weighing approximately 17 pounds and 10 ounces. Seized Parcel 1 was mailed on May 4, 2022, from the Phoenix, Arizona 85029 Post Office and bore $250.50 in U.S. Postage. I identified Seized Parcel 1 as a suspect drug parcel based on several characteristics, including but not limited to type of mail, origin, destination, and size.

8.    I made inquiries with CLEAR, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name, address, and phone number information, concerning the delivery address of 4864 E. 84th St., Garfield Heights, OH 44125, and was unable to associate an individual with the name Rachael Hall at the listed delivery address. According to CLEAR, an individual with the name Taja Escortt aka Taja Mauldin was associated with this address, identified as a possible relative of MAULDIN.

9.    I also made inquiries with CLEAR concerning the return address of 1825 W. Emelita Ave., Mesa, AZ 85202, and was unable to associate an individual with the name Stuart Call at the listed return address.

10.    On May 5, 2022, at the USPIS Cleveland, Ohio Field Office, Seized Parcel 1 was placed into a lineup containing several empty parcels, which emanated no narcotics odors. Narcotic detection canine "Jimmy", handled by Detective Anthony Quirino of the Cuyahoga County Sheriff's Office, was allowed to examine the lineup. Detective Quirino gave Jimmy the command to search. Jimmy immediately located the Seized Parcel 1 and gave an indication and trained response, which Detective Quirino immediately recognized as a positive alert for a controlled substance. According to Detective Quirino, Jimmy did not alert to any of the empty parcels.

11.    On May 5, 2022, in U.S. District Court in the Northern District of Ohio, Eastern Division, I obtained and executed a federal search warrant for Seized Parcel 1, resulting in the seizure of approximately 4,445 grams (over nine pounds) of an off-white crystalline substance in 10 individual clear plastic bags that field tested for methamphetamine. Eight of the clear plastic bags had yellow tape with either a "P" or an

"O" written on the tape.

12. On May 4, 2022, phone number 216-***-5492 subscribed to receive automated Short Message Service (SMS) text alerts from the USPS regarding the delivery status of Seized Parcel 1. According to CLEAR, phone number 216-***-5492 is a cellular phone with Verizon Wireless service associated with Rico MAULDIN, 1205 E. 84th St., Cleveland, OH 44103.

13. Pursuant to a subpoena for records, Verizon Wireless provided records stating phone number 216-***-5492 is a prepaid cellular phone subscribed to Chris Johnson, 1205 E. 84th St., Cleveland, OH 44103. I made inquiries with CLEAR concerning the address of 1205 E. 84th St., Cleveland, OH 44103, and was unable to associate an individual with the name Chris Johnson at the listed return address. The address of 1205 E. 84th St., Cleveland, OH 44103 was listed on MAULDIN's Ohio Driver's License that was issued on July 30, 2020.

14. I identified that phone number 216-***-5492 was associated with the Cash App account of Rico Diamonds ($boopie156). Investigators learned MAULDIN's nickname is "Boopie." Based on the foregoing, investigators believe MAULDIN was the intended recipient of the Seized Parcel 1 and its contents.

15. Inspectors in Phoenix, Arizona obtained surveillance video from the Phoenix, Arizona 85029 Post Office from when Seized Parcel 1 was mailed. The video showed a light skinned male with a beard, wearing a black skull cap, orange tee shirt, and shorts as the mailer of Seized Parcel 1. The mailer has tattoos on both arms. The mailer was manipulating his cellular phone at the counter when mailing Seized Parcel 1.

Investigators subsequently identified the mailer as KNOWN INDIVIDUAL-1[1], an associate of MAULDIN. KNOWN INDIVIDUAL-1 is from Cleveland, Ohio, but currently resides in Glendale, Arizona.

16.     I obtained and analyzed call and text records for phone number 216-***-5492 that were provided by Verizon Wireless pursuant to a subpoena. I identified calls made to 216-***-5492 from Richland Correctional Institution (RCI), a state prison in Ohio.

17.     On June 10, 2022, pursuant to a federal subpoena, investigators received recorded calls made to 216-***-5492 from inmates at RCI between February 2, 2022, and June 7, 2022.

18.     On May 6, 2022, at 11:25 p.m., MAULDIN received a call from an inmate at RCI. This was the day after Seized Parcel 1 was seized. The relevant parts of the conversation are summarized below.

MAULDIN:    "Like some bull shit ended up happening man. I ended up losing like damn near 40,000."

Inmate:     "The 40 was what, out of town?"

MAULDIN:    "Yeah my shit got caught in the mail, man. Somebody stole my shit."

Inmate:     "What? Did it make it to where you needed it to make it to?"

MAULDIN:    "It made it out of Arizona and shit. I then get a text in the morning saying it's in Cleveland. So the next thing you know, I go check it when I wake back up…the Cleveland shit just disappeared and my shit just never came. Like so somebody here stole it."

---

[1] KNOWN INDIVIDUAL-1 is a believed co-conspirator of MAULDIN.  Identification of KNOWN INDIVIDUAL-1 is based on comparison to known BMV image of KNOWN INDIVIDUAL-1, by Affiant.

Inmate:        "Wait a minute man. That shit sounds like a fishy ass situation."

MAULDIN:    "It was at a family member house. And I had Sykes sitting out there waiting and shit. And it never showed up."

Inmate:        "So why would they say it was there if it never showed up?"

MAULDIN:    "It made it to Cleveland and then the Cleveland shit just disappeared, and it just never came."

Inmate:        "Everything was done the same?"

MAULDIN:    "Only thing is I ain't never let my shit ship to that side of town and shit."

Inmate:        "It could have been a blessing too shit…it could have been worse…know what I'm saying…they probably could have intercept…"

MAULDIN:    "No. I always do next day shipping."

Inmate:        "I'm talking about on another level like that bitch could have got, you know what I'm saying?"

MAULDIN:    "It would have never come back to me anyway…as long as it's next day shipping…that's why I always do next day shipping because once you do that, it takes time to do everything else…they can't just like. First of all they ain't even got no time to just be looking and planning through your shit when it got to be somewhere at a certain time. Cause like if they intercept it and some shit happen they have to get a search warrant and all that shit."

Inmate:        "By that time…by that time."

MAULDIN:    "By that time I don't want it."

    19.    I believe the aforementioned call was in reference to Seized Parcel 1 including, but not limited to the following reasons. First, the call occurred one day after Seized Parcel 1 was seized by Inspectors. Second, MAULDIN stated he received a text message (i.e. SMS from the USPS) stating the package made it out of Arizona and was in Cleveland, Ohio. Third, MAULDIN indicated he used next day shipping (i.e. Priority Mail Express).  Fourth, MAULDIN stated the parcel was sent to a family member's

residence (i.e. Taja Mauldin). Based on the call, investigators further believe Seized Parcel 1 and its contents were intended for MAULDIN.

20.     Pursuant to a federal subpoena, investigators received records from Wood Forest National Bank pertaining to MAUDLIN's bank account and debit card transactions. On May 4, 2022, a transaction for $1.83 at a Home Depot in Glendale, Arizona posted to MAULDIN's account.

21.     I obtained a copy of the receipt and surveillance video from Home Depot for the $1.83 transaction, which occurred in Glendale, Arizona on May 3, 2022. The video showed MAULDIN[2] and KNOWN INDIVIDUAL-1 purchasing a Home Depot cardboard box similar to the one that was used to mail the methamphetamine in Seized Parcel 1. KNOWN INDIVIDUAL-1 was wearing what appeared to be the same black skull cap, orange shirt, and shorts that were observed in the video of him mailing Seized Parcel 1 later on May 3, 2022. The surveillance video showed KNOWN INDIVIDUAL-1 holding the box and MAULDIN using his debit card to pay for the box. MAULDIN took the receipt from the automated checkout center.  Both individuals exited the store and entered a white vehicle in the Home Depot parking lot. KNOWN INDIVIDUAL-1 entered the front passenger side and MAULDIN entered the driver door.

22.     Pursuant to a federal subpoena, investigators received records from United Airlines pertaining to MAULDIN's travel between Ohio and Arizona. According to the United Airlines records, MAULDIN flew from Cleveland Hopkins International Airport to Phoenix Sky Harbor International Airport on May 2, 2022. MAULDIN then flew from Phoenix Sky Harbor International Airport to Cleveland Hopkins International

---

[2] Identification of MAULDIN was based on comparison to known BMV image of MAULDING by investigators.

7

Airport on May 5, 2022, the day Seized Parcel 1 was scheduled for delivery had it not been seized.

*Seized Parcel 2*

23.     On July 22, 2022, while reviewing USPS business records, I identified USPS Priority Mail Express parcel bearing label EJ158331159US, addressed to Jackie Smith, 1047 Hillstone Rd., Cleveland Heights, OH 44121, with a return address of Dennis Smith, 268 S. Trenton Rd., Mesa, AZ 85208 (hereinafter "Seized Parcel 2").

24.     Seized Parcel 2 is described as a brown large size Home Depot box measuring approximately 27" X 16" X 16" in size and weighing approximately 16 pounds and 11 ounces. Seized Parcel 2 was mailed on July 21, 2022, from the Mesa, Arizona 85209 Post Office and bore $280.05 in U.S. Postage. I identified Seized Parcel 2 as a suspect drug parcel based on several characteristics, including but not limited to type of mail, origin, destination, and size.

25.     I made inquiries with CLEAR, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name, address, and phone number information, concerning the delivery address of 1047 Hillstone Rd., Cleveland Heights, OH 44121, and was unable to associate an individual with the name Jackie Smith at the listed delivery address. Investigators learned this was MAULDIN's primary residence in July 2022.

26.     I also made inquiries with CLEAR concerning the return address of 268 S. Trenton Rd., Mesa, AZ 85208, and was unable to associate an individual with the name Dennis Smith at the listed return address.

27.     On July 22, 2022, Inspector M. Dennis of the USPIS in Cleveland, Ohio, took custody of Seized Parcel 2 at the Cleveland Heights, Ohio Post Office. On July 22, 2022, at the Cleveland Heights Post Office, Seized Parcel 2 was placed into a lineup containing several blank parcels which emanated no narcotics odors. Narcotic detection canine "Rambo", handled by Officer Justin Weir of the Cleveland Heights Police Department was allowed to examine the lineup. According to Officer Weir and witnessed by Inspector Dennis, Rambo gave a positive alert on Seized Parcel 2 and none of the blank parcels. According to Officer Weir, this positive alert meant Rambo detected the odor of an illegal drug emanating from Seized Parcel 2.

28.      Inspector Dennis transported Seized Parcel 2 to the USPIS Cleveland, Ohio Field Office where it was secured pending the issuance of a search warrant.

29.     On July 22, 2022, in U.S. District Court in the Northern District of Ohio, Eastern Division, I obtained a federal search warrant for Seized Parcel 2. On July 25, 2022, I executed the search warrant, resulting in the seizure of approximately 1,805 grams of an off-white crystalline substance in four individual clear plastic baggies that field tested for methamphetamine. The methamphetamine was concealed in a Lego set.

30.     On July 21, 2022, phone number 216-***-0500 subscribed to receive automated SMS text alerts from the USPS regarding the delivery status of Seized Parcel 2. Investigators learned through the course of the investigation that phone number 216-***-0500 is another number used by MAULDIN.

31.     Pursuant to a subpoena for records issued in January 2023, AT&T provided records stating phone number 216-***-0500 is a cellular phone subscribed to Rico MAULDIN, 1205 E. 84th St., Cleveland, OH 44103. Additionally, the subpoena

records provided by AT&T showed that MAULDIN listed phone number 216-***-5492 as an alternate contact number on his AT&T account (the same number that subscribed to receive automated SMS text alerts from the USPS regarding the delivery status of Seized Parcel 1).

32.     Inspectors in Phoenix, Arizona obtained surveillance video from the Mesa, Arizona 85209 Post Office from when Seized Parcel 2 was mailed. The video shows a black male with long hair, wearing shorts and a white tee shirt as the mailer. Investigators identified the individual as MAULDIN. Surveillance cameras on the exterior of the post office showed MAULDIN was driving a dark colored Toyota Camry. MAULDIN exited the driver door and retrieved Seized Parcel 2 from the backseat. No other occupants were observed in the vehicle.

33.     Pursuant to a federal subpoena, investigators received records from Frontier Airlines pertaining to MAULDIN's travel between Ohio and Arizona. According to the Frontier Airlines records, MAULDIN flew from Cleveland Hopkins International Airport to Phoenix Sky Harbor International Airport on July 20, 2022. MAULDIN then flew from Phoenix Sky Harbor International Airport to Cleveland Hopkins International Airport on July 22, 2022, the day Seized Parcel 2 was scheduled for delivery had it not been seized.

*Examination Reports*

34.     On January 24, 2023, the USPIS Forensic Laboratory Services issued an examination report for the substances recovered from Seized Parcel 1 and Seized Parcel 2.

35.     According to the examination report, Seized Parcel 1 contained eight (8) plastic packages with beige tape each containing off-white crystalline material, with a net weight of approximately 3,469.7 grams.  Quantitative analysis of the sample was found to contain approximately 99% d-methamphetamine hydrochloride.

36.     Seized Parcel 1 also contained and two (2) knot-tied plastic bags each containing off-white crystalline material, with a net weight of 883.02 grams. Quantitative analysis of the sample was found to contain approximately 98% d-methamphetamine hydrochloride.

37.     According to the examination report, Seized Parcel 2 contained four (4) partially opened zip-lock bags each containing off-white crystalline material, with a net weight of approximately 1,763.9 grams. Quantitative analysis of the sample was found to contain approximately 99% d-methamphetamine hydrochloride.

38.     The aggregate net weight of Seized Parcel 1 and Seized Parcel 2 is approximately 6,116.62 grams of methamphetamine (approximately 13.5 pounds). Based on affiant's training and experience, these amounts of methamphetamine are consistent with a distribution quantity.

39.     On March 28, 2023, the USPIS Forensic Laboratory Services issued a preliminary report of findings for the latent print examination as it related to Seized Parcel 1 and Seized Parcel 2.

40.     MAULDIN's latent prints were identified on the non-adhesive side of the homemade address label on the Home Depot Box of Seized Parcel 1, the adhesive side of the black duct tape on the Home Depot Box of Seized Parcel 2, and the green plastic wrap & the manufacturer's label attached to the green plastic wrap that was wrapped

around the clear storage container inside Seized Parcel 2.

41.     Based on the information contained in this affidavit, I believe there is probable cause to believe that from on or about May 3, 2022, through on or about July 25, 2022, in the Northern District of Ohio, MAULDIN has committed violations of Title 21, United States Code, Sections 841(a)(1), and 846, Conspiracy to distribute and possess with the intent distribute a controlled substance (Methamphetamine, a Schedule II Controlled Substance).

_____
MARC A. KUDLEY
POSTAL INSPECTOR

Sworn to this __03rd__ day of April, 2023, via telephone
after submission by reliable electronic means.
Fed. R. Crim. P. 4.1 and 41(d)(3).

_____
JONATHAN D. GREENBERG
U. S. MAGISTRATE JUDGE

